### GRACE G. MAXWELL

*v.*

### THE PEOPLE *ex rel.* Freise, County Collector.

*Opinion filed February 20, 1901—Rehearing denied April 11, 1901.*

This case is controlled by the decision in *Maxwell* v. *People ex rel.* (*ante*, p. 546.)

APPEAL from the County Court of Mercer county; the Hon. W. T. CHURCH, Judge, presiding.

ROBERT L. WATSON, and GUY C. SCOTT, for appellant.

JAMES M. BROCK, for appellee.

Per CURIAM: The questions involved in this case are the same as the questions involved in the case of *Maxwell* v. *People*, (*ante*, p. 546.) The decision of that case controls the disposition of this case.

Accordingly, the judgment of the county court, so far as it applies to the property of the present appellant, is reversed, and the cause is remanded to that court for further proceedings in accordance with the opinion in the case of *Maxwell* v. *People, supra.*

*Reversed and remanded.*